IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA HENDERSON,<br>　　Plaintiff, | :<br>:<br>: |
| v. | :     CIVIL ACTION NO. 11-5384 |
| CITY OF PHILADELPHIA, *et al.*,<br>　　Defendants. | :<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 1st day of August 2013, upon consideration of the City of Philadelphia's Motion to Dismiss, to which no response has been filed, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Plaintiff may re-file her claims against the City within 21 days or within the applicable statute of limitations, whichever is later. The Clerk is directed to **CLOSE** the case.

　　It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**